**UNITED STATES of America,
Appellee,**

v.

**Brandon Gerome COFFMAN,
Appellant.**

**No. 11–1011.**

United States Court of Appeals,
Eighth Circuit.

Submitted: May 11, 2011.

Filed: May 27, 2011.

Sara Elizabeth Fullerton, Assistant U.S. Attorney, U.S. Attorney's Office, Lincoln, NE, for Appellee.

Brandon Gerome Coffman, Leavenworth, KS, pro se.

Franklin Elliott Miner, Lincoln, NE, for Appellant.

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

PER CURIAM.

After the district court[1] granted the government's Federal Rule of Criminal Procedure 35(b) motion and reduced the 235–month prison sentence of Brandon Coffman to 114 months, he filed this appeal arguing that the court should have granted a greater reduction. Upon careful review, we conclude that this appeal does not meet the criteria of 18 U.S.C. § 3742(a). *See United States v. Haskins,* 479 F.3d 955, 957 (8th Cir.2007) (per curiam). Accordingly, we grant counsel leave to withdraw, and we dismiss the appeal.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.